No. 84–6722. BYANSKI v. BROCK, SECRETARY OF LABOR, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–6729. JEWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–6740. DEVINCENT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 84–6744. GLINSMAN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 84–6746. WARD v. UNITED STATES ATTORNEY. C. A. 5th Cir. Certiorari denied.

No. 84–6762. BORMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–6763. DUNTON v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 84–6782. ROMIEH v. MONTGOMERY COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 84–6783. ROMIEH v. GILCHRIST, MONTGOMERY COUNTY EXECUTIVE, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 84–1164. WALDROP v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari limited to Question 1 presented by the petition.

No. 84–1655. LAFFEY ET AL. v. NORTHWEST AIRLINES, INC. C. A. D. C. Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 84–1660. MOORE v. CITY OF CHARLOTTE, NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.